notice. See, also, 158 App. Div. 469, 143 N. Y. Supp. 595.

BEEBE v. KARR et al. (Supreme Court, Appellate Division, Third Department. January 15, 1915.) Action by Mary A. Beebe against Thomas H. Karr and another. No opinion. Motion for reargument (of 149 N. Y. Supp. 836) denied.

BEGEIBING v. JAGERHUBER. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Action by Emil F. Begeibing against Max Jagerhuber. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed. See, also, 151 N. Y. Supp. 1104.

BEGEIBING, Appellant, v. JAGERHUBER, Respondent, et al. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Action by Emil F. Begeibing against Max Jagerhuber, impleaded, etc. L. J. Morrison, of New York City, for appellant. S. S. Myers, of New York City, for respondent. No opinion. Order affirmed, with 10 costs and disbursements. Order filed. See, also, 151 N. Y. Supp. 1104.

BENNETT, Appellant, v. AYLING, Respondent. (Supreme Court, Appellate. Division, Second Department. December 24, 1914.) Action by Mary L. Bennett against Augusta W. Ayling. No opinion. Application denied, with $10 costs.

BENTLEY, Respondent, v. ALLEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 20, 1915.) Action by Emma Bentley against Thomas W. Allen. No opinion. Judgment and order affirmed, with costs.

In re BEREZOFF. (Supreme Court, Appellate Division, Second Department. December 24, 1914.) In the matter of the application of Barnet Berezoff for the consent of the Supreme Court to remove the body of Morris Berezoff, etc.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, upon the grounds: First, that on the merits there is no controlling public reason or superior private right to induce the consent of the court. Matter of Ackermann, 124 App. Div. 684, 109 N. Y. Supp. 228. Second, there is no evidence that appellant is a corporation for the consent of which that of the court can be substituted under section 71 of the Membership Corporation Law (Consol. Laws, c. 35). Matter of Cohen, 76 App. Div. 401, 78 N. Y. Supp. 417. See also, 163 App. Div. 968, 148 N. Y. Supp. 1106.

THOMAS, J., concurs in the result, on the ground that appellant has not exhausted his remedy as a member of the Society by an appeal to the governing board of the Society. CARR, J., not voting.

BERMANT v. KEVENEY. (Supreme Court, Appellate Division, First Department. February 19, 1915.) Action by Jacob W. Bermant against Mary S. Keveney. No opinion. Application granted. Order signed. See, also, 150 N. Y. Supp. 949.

BERNSTEIN et al. v. UNION PAC. R. CO. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Action by Abraham Bernstein and others against the Union Pacific Railroad Company. No opinion. Application denied, with $10 costs. Order signed.

BETTS v. BETTS. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by Percy De M. Betts against Emma M. Betts. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed. See, also, 151 N. Y. Supp. 790; 151 N. Y. Supp. 1104.

BETTS v. BETTS. (Supreme Court, Appellate Division, First Department. January. 15, 1915.) Action by Percy De M. Betts against Emma M. Betts. No opinion. Reargument (of 150 N. Y. Supp. 946) ordered. See, also, 151 N. Y. Supp. 1104.

BETTS v. BETTS. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by Percy De M. Betts against Emma M. Betts. No opinion. Motion granted, with $10 costs. Order filed. See, also, 151 N. Y. Supp. 1104.

BIANCONI, Respondent, v. FREES, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 20, 1915.) Action by Thomas Bianconi against C. A. Frees. No opinion. Motion granted, and appeal dismissed with costs.

BIANGASSO, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. December 24, 1914.) Action by James Biangasso, by his guardian ad litem, Jennie Biangasso, against the City of New York.

PER CURIAM. Judgment affirmed, with costs.

CARR, J., not voting.

BIGELOW, Appellant, v. BIGELOW, Respondent. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Ethel C. Bigelow against Warren Bigelow. G. P. Breckenridge, of New York City, for appellant. F. N. Van Zandt, of New York City, for respondent. No opinion. Order affirmed, without costs. Order filed.

BLACK v. MILLER et al. (Supreme Court, Appellate Division, First Department. February 5, 1915.) Proceeding by Harry Black against Rudolph P. Miller, Superintendent, etc.,